# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO.  09-16-00415-CV
_____

**MEHRASA KHODAVERDI A/K/A TONY VERDI AND VERDI ENTERPRISE, LLC, Appellant**

**V.**

**HAMIDREZA PIRAYESHNEJAD, Appellee**

**On Appeal from the 410th District Court**
**Montgomery County, Texas**
**Trial Cause No. 16-08-09938-CV**

### ORDER

On November 1, 2016, Mehrasa Khodaverdi a/k/a Tony Verdi and Verdi Enterprise, LLC (collectively referred to as "Verdi") filed a notice of accelerated appeal from the trial court's order denying a motion to expunge a lis pendens. Verdi filed a mandamus petition in lieu of a brief and the response filed by Hamidreza Pirayeshnejad asserts that mandamus is the proper procedural vehicle. Thus, it appears the parties agree that this Court lacks jurisdiction over the

accelerated appeal and this matter should proceed as an original mandamus proceeding. An interlocutory order may be reviewed by mandamus under appropriate circumstances. *See CMH Homes v. Perez*, 340 S.W.3d 444, 452-53 (Tex. 2011).

The judge who signed the order at issue has left office and a successor has assumed the bench. If this Court permits this matter to proceed as an original proceeding, the successor judge must be provided an opportunity to reconsider the original judge's decision. *See* Tex. R. App. P. 7.2. Accordingly, we abate this proceeding for thirty days to provide an opportunity for Verdi to obtain a ruling from the successor judge. *Id.* This matter will be reinstated without further order of this Court in thirty days unless before that date we receive the order of the successor judge or a motion to dismiss. *See generally* Tex. R. App. P. 42.

ORDER ENTERED January 12, 2017.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.